IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga A. Howard,          ) | No. CV 04-2196-PHX-ECV |
| )  | |
| Plaintiff,       ) | **ORDER** |
| )  | |
| vs.                      ) | |
| )  | |
| Bank of America, N.A.,   ) | |
| )  | |
| Defendant.      ) | |
| )  | |
| _____) | |

On November 18, 2005, Defendant Bank of America, N.A. filed a "Motion for Order Dismissing This Claim, or in the Alternative, Order Compelling Discovery" (Doc. #22). Defendant contends in the motion that Plaintiff has not answered interrogatories served on her in June, 2005. Defendant requests dismissal of this action or an order compelling Plaintiff to answer the interrogatories. Defendant also requests that Plaintiff be ordered to pay reasonable expenses, including attorneys' fees. Plaintiff has not responded to the motion.

Rule 33 of the Federal Rules of Civil Procedure requires interrogatories to be answered within 30 days of when they were served, absent an alternative time period set by the court or agreed to by the parties in writing. Nearly six months have passed since the interrogatories were served and Plaintiff has presented nothing to justify this lengthy delay. The court will order Plaintiff to serve her answers to the interrogatories within 30 days of this order. The court finds that dismissal of the action is not an appropriate sanction at this time. Regarding costs and attorneys' fees, the court will not award them at this time but if Plaintiff

1 | fails to comply with the time limit set in this order, the court will reconsider awarding fees
2 | for this motion and any subsequent motions that become necessary.
3 | **IT IS THEREFORE ORDERED:**
4 | That Defendant's "Motion for Order Dismissing This Claim, or in the Alternative,
5 | Order Compelling Discovery" (Doc. #22) is **granted in part** and **denied in part**; the request
6 | to dismiss is denied and the request to compel answers to the interrogatories is granted;
7 | Plaintiff shall serve her answers to the interrogatories within 30 days of the date this order
8 | is filed.
9 | DATED this 5th day of December, 2005.

Edward C. Voss
United States Magistrate Judge