IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Olga A. Howard, | ) | No. CV 04-2196-PHX-ECV |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bank of America, N.A., | ) | |
| Defendant. | ) | |

Plaintiff has filed a Motion for Temporary Exemption from Electronic Filing Requirements or, Alternatively, for a Two-Week Extension in the Time to File a Response to Defendant's Motion for Summary Judgment (Doc. #33). Counsel for Plaintiff states that he is scheduled to attend training for electronic filing on January 11, 2006. Defendant has filed a response stating it has no objection to an extension the deadline to respond to the summary judgment motion. Good cause appearing, Plaintiff's motion will be granted.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Temporary Exemption from Electronic Filing Requirements or, Alternatively, for a Two-Week Extension in the Time to File a Response to Defendant's Motion for Summary Judgment (Doc. #33) is **granted**; and

That Plaintiff's summary judgment response is due on or before January 17, 2006.

DATED this 11th day of January, 2006.

Edward C. Voss
United States Magistrate Judge