IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Olga A. Howard, | ) | No. CV 04-2196-PHX-ECV |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bank of America, N.A., | ) | |
| Defendant. | ) | |

Plaintiff has filed a Motion for Second Extension in Time (Doc. #40) in which Plaintiff seeks a three day extension until January 20, 2006 to file a response to Defendant's pending motion for summary judgment. Defendant filed a Response (Doc. #44) indicating no objection. Plaintiff filed the summary judgment response on January 20, 2006, as promised. Accordingly, the request for a short extension will be granted.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Second Extension in Time (Doc. #40) is **granted**.

DATED this 25th day of January, 2006.

Edward C. Voss
United States Magistrate Judge