IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga A. Howard,<br><br>    Plaintiff,<br><br>vs.<br><br>Bank of America, N.A.,<br><br>    Defendant. | No. CV 04-2196-PHX-ECV<br><br>**ORDER** |

    Pending before the court is Plaintiff's Cross-Motion to Compel (Doc. #30). Defendant's Motion for Summary Judgment (Doc. #23) and related motions are also pending, but this order addresses only the cross-motion to compel, as it may impact how the court resolves the other motions.

    Plaintiff contends in the cross-motion that Defendant has not adequately responded to a request for production of documents. Plaintiff claims that Defendant has not fully produced Plaintiff's personnel file, the personnel file of Ricky T. Lee, and records of any other discrimination complaints in Arizona since January 2004.

    Regarding Plaintiff's personnel file, Defendant asserts that it has already disclosed the complete file despite its suggestion in the response to Plaintiff's request for production that it was disclosing only a portion of the file. Doc. #34 at 2. Plaintiff replies that Defendant's assertion is suspect given that Plaintiff has her own copies of documents one would expect to find in a personnel file but that were not part of Defendant's disclosure. Doc. #36 at 2.

1 Given the ambiguity in its response to the request for production and the absence of expected 2 documents from the materials that were disclosed, Defendant will be ordered to again search 3 for and produce any documents in Plaintiff's personnel file or related files.  The court will 4 further order that if the search reveals no new materials, Defendant must submit a signed 5 certification to the court explaining the efforts to locate additional documents and that none 6 were found.

7 Regarding the personnel file of Robert T. Lee, the court recognizes the importance of 8 safeguarding an individual's privacy.  Defendant, however, has not sought a protective order 9 under Rule 26(c) of the Federal Rules of Civil Procedure.  Moreover, based on the 10 information presented by the parties, it appears that information in Mr. Lee's file may be 11 relevant to one or more of Plaintiff's claims.  In an effort to balance the privacy concerns with 12 Plaintiff's right to discovery, the court will direct Defendant to provide Mr. Lee's complete 13 personnel and related files to the court under seal.  The court will conduct an *in camera* 14 review of the information and determine if disclosure is required.

15 Finally, as to Plaintiff's request for records of all other allegations of discrimination 16 against Defendant in Arizona since 2004, the court agrees with Defendant that the request 17 is unduly burdensome.  Defendant will not be required to produce anything beyond what it 18 has already produced in response to this request for production.  Plaintiff has not sufficiently 19 demonstrated that such information would be relevant to her claims.  Plaintiff has withdrawn 20 her religious discrimination claim leaving only one discrimination claim.   Plaintiff's 21 allegations in support of that claim are sparse.  Under these circumstances, requiring 22 Defendant to produce documents relating to all allegations of discrimination by employees 23 over the last three years is an unwarranted burden.

24 ///
25 ///
26 ///
27 ///
28

- 2 -

1  **IT IS THEREFORE ORDERED:**

2  That Plaintiff's Cross-Motion to Compel (Doc. #30) is **granted in part** and **denied**
3  **in part**;

4  That Defendant shall search for and produce all documents in Plaintiff's personnel and
5  related files. If the search reveals no new documents, Defendant shall submit a signed
6  certification to the court explaining the efforts to locate additional documents and that none
7  were found;

8  That on or before March 17, 2005, Defendant shall submit Mr. Lee's complete
9  personnel and related files to the court under seal. The court will then conduct an *in camera*
10  review of the information and determine if disclosure is required; and

11  That Plaintiff's request to compel additional disclosure regarding other allegations of
12  discrimination since 2004 is denied.

13  DATED this 27th day of February, 2006.

_____
Edward C. Voss
United States Magistrate Judge

- 3 -