IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga A. Howard,<br><br>    Plaintiff,<br><br>vs.<br><br>Bank of America, N.A.,<br><br>    Defendant. | No. CV 04-2196-PHX-ECV<br><br>**ORDER** |

In a prior order (Doc. #57), the court ordered Defendant to search for and produce all documents in Plaintiff's personnel and related files that were not previously disclosed. Defendant has filed a Notice of Compliance (Doc. #63) which demonstrates compliance with the order.

In addition, the court ordered Defendant to produce Ricky T. Lee's complete personnel and related files to the court under seal for an *in camera* review. The court has completed its review and will order Defendant to disclose to Plaintiff the documents numbered BOA000488 through BOA000490. The court finds that none of the other documents in the file are relevant to any of Plaintiff's claims and therefore Defendant is not required to disclose them. See Fed. R. Civ. P. 26(b)(1).

Lastly, in Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. #45), Plaintiff requests a continuance under Rule 56(f) of the Federal Rules of Civil Procedure based on Defendant's failure to disclose information sought by Plaintiff. The court

1 has now resolved all the discovery issues and therefore it finds no basis to grant a
2 continuance. Accordingly, Plaintiff's request for a continuance under Rule 56(f) will be
3 denied and the court will, in due course, rule on Defendant's summary judgment motion and
4 related motions.

5 **IT IS THEREFORE ORDERED:**

6 That within five days from the date this order is filed, Defendant shall disclose to
7 Plaintiff copies of the documents numbered BOA000488 through BOA000490 from Mr.
8 Lee's personnel file; and

9 That Plaintiff's request for a continuance for additional discovery pursuant to Rule
10 56(f) of the Federal Rules of Civil Procedure is **denied**.

11 DATED this 28th day of March, 2006.

Edward C. Voss
United States Magistrate Judge