proceeding

**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4417
Telephone:  602/258-7701
Telecopier:  602/257-9582

Charles L. Chester - 002571
Julie E. Maurer - 023347

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| OLGA A. HOWARD, | No. CV 04-2196 PHX ECV |
| Plaintiff, | **PROPOSED FORM OF ORDER** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Pursuant to Defendant's Motion for Leave to Appear Telephonically at Final Pretrial Conference,

**IT IS ORDERED** to allow lead counsel for Defendant, Charles L. Chester, to appear telephonically at the Pretrial Conference set for August 7, 2006 at 9:30 a.m.

Dated this 13th day of July, 2006.

_____
Edward C. Voss
United States Magistrate Judge

715170.1

7/12/2006