IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Olga A. Howard, | ) | No. CV-04-2196-PHX-ECV |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A., | ) | |
| Defendant. | ) | |
| | ) | |

The court has received and considered Plaintiff's Response to Motion to Appear Telephonically at Pre-Trial Conference.  The court affirms its July 13, 2006 ruling on the matter.

DATED this 17th day of July, 2006.

Edward C. Voss
United States Magistrate Judge