IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Olga A. Howard, | ) | No. CV 04-2196-PHX-ECV |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bank of America, N.A., | ) | |
| Defendant. | ) | |

Pending before the court is Defendant's Motion for Clarification of June 29, 2006 Order (Doc. #96). Defendant seeks clarification because the court referred to a jury trial in the referenced order and Defendant contends that no jury trial was ever requested. Plaintiff has not filed a response to the motion for clarification.

Rule 38(b) of the Federal Rules of Civil Procedure provides:

> Any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefore in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by Rule 5(d).

Additionally, a party who fails to serve and file a demand as required by the rule waives the right to a jury trial. Fed. R. Civ. P. 38(d).

In the Joint Case Management Report (Doc. #9) filed back in June 2005, Plaintiff indicated that she "may request a jury trial if she still can." However, no such request was ever made. Moreover, in the Joint Pre-Trial Statement (Doc. #90) filed on June 15, 2006,

1 the parties did not include proposed voire dire questions or proposed jury instructions.
2 Accordingly, Defendant's motion for clarification will be granted.  The court's prior order
3 should not have referred to a jury trial and the matter will be tried to the court.

4 **IT IS THEREFORE ORDERED:**

5 That Defendant's Motion for Clarification of June 29, 2006 Order (Doc. #96) is
6 **granted**.

7 DATED this 3rd day of August, 2006.

Edward C. Voss
United States Magistrate Judge